# Court of Appeals
# of the State of Georgia

ATLANTA, August 15, 2016

*The Court of Appeals hereby passes the following order*

**A16I0260. GLENN FREEMAN v. HARI G. MADICHETTY et al. .**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

14SV00828



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, August 15, 2016.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*